SEPTEMBER 18, 2003

No. 02–1826. ROARK *v.* HUMANA, INC., ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. 03–5983. TOWERY ET AL. *v.* ARIZONA. Sup. Ct. Ariz. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 25, 2003

No. 03–6551 (03A266). BATES *v.* LEE, WARDEN. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 30, 2003

No. 02–1593. BEDROC LTD., LLC, ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 02–1606. TENNESSEE STUDENT ASSISTANCE CORPORATION *v.* HOOD. C. A. 6th Cir. Certiorari granted.

No. 02–1657. SCARBOROUGH *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari granted.

No. 02–1684. YARBOROUGH, WARDEN *v.* ALVARADO. C. A. 9th Cir. Certiorari granted.

No. 02–1809. HIBBS, DIRECTOR, ARIZONA DÉPARTMENT OF REVENUE *v.* WINN ET AL. C. A. 9th Cir. Certiorari granted.